| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | HEARING DATE: October 29, 2019<br>HEARING TIME: 2:00 p.m.<br>HEARING PLACE: Syracuse |

**IN RE: MARY ELLEN GALLUP,**
**CHRISTOPHER GALLUP**,
(SSN xxx-xx-6524; xxx-xx-1853)

Debtors.

Case No. **18-31466**
CHAPTER 13

**OBJECTION TO CONFIRMATION**

The Trustee objects to confirmation of the amended plan filed October 1, 2019 [#44-1], in the above named Debtors' case for the following reason(s):

**I. NOT FILED PROPERLY**

The amended plan was improperly filed as an attachment to a *Notice of Pre Confirmation Amendment to Chapter 13 Plan* [#44] rather than as a separate docket entry.

**II. FEASIBILITY**

The amended plan is not adequately funded and appears to be short approximately $16,518.00. Plan payments need to be increased to $1,080.00 per month for the remaining 49 months.

**III. FAILURE TO FILE CERTIFICATION**

A *Certification Pursuant to Local Bankruptcy Rule 3015-1* has not been filed.

WHEREFORE, the Trustee respectfully requests that Confirmation be denied and for such further relief as the Court deems appropriate.

Dated:  October 21, 2019
        Syracuse, New York

　　　　　　　　　　　　　　　　　　　　　 */s/ Lynn Harper Wilson*
Lynn Harper Wilson, Staff Attorney
Office of the Standing Chapter 13 Trustee
Bar Roll # 509576
250 S. Clinton Street, Suite 203
Syracuse, New York  13202
Telephone:  (315) 471-1499
Email:  lhwilson@cnytrustee.com