**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Mary Ellen Gallup and Christopher Gallup , )<br>)<br>Debtor(s) )<br>)<br>) | )<br>)<br>)<br>)<br>) Case No. 18–31466–5–mcr |
| Social Security No(s).: xxx–xx–6524 xxx–xx–1853 and all Employer's Tax Identification No(s). *[if any]* | ) Chapter 13 |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered 55 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

    1.) The PDF was submitted without a Case Number

    2.) The signature line on the PDF you submitted is blank.

*To resolve the deficiency, you must complete the following action by 11/21/19*

☑ *Corrected Action Needed:*

    1 and 2: Send a corrected PDF to Lisa_Cardinal@nynb.uscourts.gov

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 11/19/19

                                              Cynthia A. Platt
                                              Clerk of the Bankruptcy Court

                                              By:  Dina McDonald
                                                   518–257–1611
                                                   Deputy Clerk's Name and Telephone Number